UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIS NYANJALA KABALAMAGA,

                Plaintiff,

  -against-

WILLIAM BARR, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2021__

No. 20-cv-02166 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On March 11, 2020, Plaintiff Harriet Nyanjala Kabalamaga ("Plaintiff") commenced this action against Defendants William Barr, Chad Wolf, Lee Cissna, Timothy Houghton, Susan Quintana, and Scott P. Ruben. (ECF No. 1.) On October 21, 2020, Defendants filed a Suggestion of Death indicating that counsel for Plaintiff had informed Defendants of Plaintiff's death and arguing that dismissal of the Complaint is appropriate because the claims were extinguished by death. (ECF No. 12.) Plaintiff's counsel failed to respond to Defendants' request for dismissal. On June 30, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before July 30, 2021 why his claims should not be dismissed. (ECF No. 13.) On July 3, 2021, counsel for Plaintiff filed a letter stating Plaintiff had died. (ECF No. 14.) On November 3, 2021, The Court issued an Order pursuant to Rule 25(a)(1) directing counsel for Plaintiff to serve a copy of the Order upon Plaintiff's next of kin, and to show proof of service on the docket. (ECF No. 15.) On November 17, 2021, counsel for Plaintiff filed an affirmation stating he served the Order on Plaintiff's only child, who did not want to pursue this matter further. (ECF No. 16.)

Therefore, the Clerk of the Court is kindly directed to terminate this matter.

Dated: November 19, 2021                                         SO ORDERED:
        White Plains, New York

                                                                                     NELSON S. ROMÁN
                                                                United States District Judge